EXHIBIT B

**Shelby County Board of Education**

7012
Issued Date: 06/30/15

# DISPLAY AND DISTRIBUTION OF NON-DISTRICT/SCHOOL MATERIALS

## I.   PURPOSE
To provide informational materials to schools and students to support the curriculum without exploiting students and their families by commercial or self interest groups or individuals.

## II.   SCOPE
This policy applies to the advertising and distribution of non-district/school material.

## III.   DEFINITION
**Advertising** - the act of conveying a message other than the Shelby County Schools' official communication on District property and/or at school functions.

## IV. POLICY STATEMENT
The primary function of schools is to provide for the educational experience of students. While the Board understands the importance of providing students with information pertinent to their interests or involvement, in order to maintain an educational environment conducive to learning, intrusions upon instructional time in the form of display and distribution of non-district/school material must be kept to a minimum.

The District therefore reserves the right to review and deny the display and/or distribution of materials on any Shelby County Schools' property and during any District-sanctioned event that may (1) be incompatible with the goals /mission of the District; and (2) detract from the image and/or common good of the District.

### A. Display and Distribution by Students

Students desiring to display or distribute information on district-owned property and/or during district-sponsored activities must submit the material to the principal for review prior to distribution. Discrimination on the basis of viewpoint in granting or denying a student permission to display or distribute non-school publications or materials shall be prohibited.

### B. Advertising and Distribution by Non-Students

Posters, bulletins, flyers, letters, and other forms of communications that are not educational in value or that are designed solely for the purpose of advertising for profit shall not be distributed through the schools.

No part of the school system, including the facilities, the name of the District, schools, staff, and the students, shall be used for advertising or promoting the interests of any commercial, political or other non-school agency or organization except upon approval of the District. The following conditions apply:

1. Educational materials donated to the system may mention the donating organizations.

2. The school may cooperate in furthering the work of any non-profit, community-wide social service agency, provided that such cooperation does not restrict or impair the educational programs of the schools.

3. The school may participate in radio or television programs under acceptable commercial sponsorship when such programs are educationally beneficial, as determined by the District.

4. Community, educational, charitable, recreational and other similar civic groups may advertise events pertinent to students' interests or involvement, except that these events may not be advertised through schools if the event is for the purpose of making a profit. In addition, such advertisement, including the distribution of materials, shall be subject to any procedures related to time, place and manner established by the principal.

5. Organizations, agencies, groups, or individuals desiring to distribute information to students in the Shelby County Schools must have prior approval. The District shall screen all materials prior to distribution to ensure their appropriateness.

6. The school may, upon approval of the Superintendent or designee, cooperate with any governmental agency in promoting activities which advance the education or other best interests of the students.

7. District and school-based publications may accept and publish paid advertising under procedures established by the Superintendent.

As the health of students is the primary responsibility of the parents and their physician, clinics and other health agencies will not be allowed to intrude on the schools and their instructional time purely for solicitation of clients.

Surveys, questionnaires, or requests for information from students or parents will not be allowed without specific approval from the office responsible for research, evaluation, and assessment.

### C.     Political Materials – Effective July 1, 2015

The display/distribution of campaign literature, banners, placards, streamers, stickers, signs, or other items of campaign or political advertising on behalf of any party, committee or agency, or candidate for partisan or nonpartisan public office is prohibited on District-owned property and through the District's mail system and district-owned electronic devices, including, but not limited to, telephones, cellular phones or other wireless telecommunication devices, computers, electronic mail, instant messaging, text messaging and websites.

*Exemption*

This shall not include the display of campaign banners, placards, streamers, stickers, signs, or other items of campaign or political advertising on District-owned property or the use of District-owned equipment, when the display or use is a part of and solely for the purpose of the LEA's program of student education relative to the electoral process.

## IV. RESPONSIBILITY

A. Principals are responsible for ensuring that the distribution of materials and/or information is in accordance with the provisions of this policy.

B. The office responsible for academic operation is responsible for approving materials and/or information for distribution to schools.

C. The Superintendent is responsible for ensuring that this policy is followed.

Legal References:
1. TCA 2-19-201
2. TCA 2-19-206
3. TCA 2-19-207

Cross References:
1. 6003 Confidential Student Information
2. 6031 Internet Safety and Use

**Shelby County Board of Education**

7012
Issued Date: 06/30/15

## Administrative Rules and regulations

# DISPLAY AND DISTRIBUTION OF NON-DISTRICT/SCHOOL MATERIALS

### Students

In accordance with policy, the display and/or distribution of materials by students shall not be prohibited based on viewpoint. Material, however, that contains obscene/vulgar and defamatory language; encourages illegal acts and/or is a violation of District policy; may result in a threat to the safety of students, staff, or others; may cause a disruption of a school activity and/or school environment; or contains inaccurate/false information shall be prohibited.

### Non-School Entities

Non-school related organizations, agencies, groups, or individuals desiring to distribute information or materials to students must submit requests to and be approved by the office responsible for academic operation.

Principals have the right to accept or reject materials that have been approved by the central office and sent to the school for distribution to students. The principal may prohibit materials that:

  a. would likely cause substantial disruption of the operation of the school;
  b. violate the rights of others;
  c. are obscene, lewd or sexually explicit; or
  d. students would reasonably believe to be sponsored or endorsed by the school