Case: **2:24–cv–02178**
Assigned To : **Norris, Mark S.**
Referral Judge: **Claxton, Charmiane G.**
Assign. Date : **3/19/2024**
Description: **The Satanic Temple, Inc.
v. Shelby County Board of Education**