AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| The Satanic Temple, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-02178-MSN-cgc |
| Shelby County Board of Education | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Shelby County Board of Education.

Date:  04/09/2024

/s/Jamie Morton
*Attorney's signature*

Jamie Morton (BPR No. 31243)
*Printed name and bar number*

160 S. Hollywood ST, Coe 218
Memphis, TN 38112

*Address*

mortonj2@scsk12.org
*E-mail address*

(901) 416-3612
*Telephone number*

(901) 416-6374
*FAX number*