IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.**, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Civil Action No. 2:24-cv-02178-MSN-cgc |
| **SHELBY COUNTY BOARD OF EDUCATION**, | ) ) ) ) |
| *Defendant*. | ) ) ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6, Defendant Shelby County Board of Education moves the Court for an Order extending the time for Defendant to respond to Plaintiff's Complaint served on March 26, 2024. Defendant's response would be due April 16, 2024. Fed. R. Civ. P. 12. Defendant needs an additional thirty (30) days to prepare and file a response to Plaintiff's Complaint. Pursuant to Local Rule 7.2(a)(1)(B), counsel for Defendant consulted with Plaintiff's counsel, and Plaintiff agrees to a thirty (30) day extension of the response deadline to May 16, 2024.

Respectfully submitted,

s/ Jamie L. Morton
ODELL HORTON, JR. (#012426)
JAMIE L. MORTON (#031243)
Shelby County Board of Education
160 S. Hollywood St., Room 218
Memphis, Tennessee 38112
901.416.6370
hortono@scsk12.org
mortonj2@scsk12.org

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 7.2(a)(1)(B), counsel for Defendant certifies that she consulted with Plaintiff's counsel, Scott Kramer, on April 9, 2024 and confirmed that Plaintiff is in agreement with the action requested by this Motion.

/s/Jamie L. Morton
Jamie L. Morton

## CERTIFICATE OF SERVICE

       This certifies that a copy of the foregoing served on counsel of record via the Court's electronic filing system:

Scott Kramer
The Kramer Law Center
P.O. Box 240461
Memphis, TN 38124

*Counsel for Plaintiff*

                                              /s/Jamie L. Morton
                                              Jamie L. Morton