*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
|---|
| The Satanic Temple |

| Defendant |
|---|
| Shelby County Board of Education |

| Case Number | Judge |
|---|---|
| 2:24-cv-02178 | Mark S. Norris |

I, __Samantha F. Lawrence_____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of __The Satanic Temple_____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Supreme Court of Wisconsin | 6/01/2022 |
| Western District of Wisconsin | 6/15/2022 |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Lawrence | Samantha | Fay |

| Applicant's Firm Name |
|---|
| Freedom From Religion Foundation |

| Applicant's Address | Room/Suite Number |
|---|---|
| PO Box 750 | |

| City | State | Zip Code |
|---|---|---|
| Madison | WI | 53701 |

| Applicant's Email Address |
|---|
| slawrence@ffrf.org |

| Applicant's Phone Number(s) |
|---|
| 608-256-8900 |

Certificate of Consultation

Attorney Odell Horton granted verbal consent during a video conference on April 12, 2024.

| Date | Electronic Signature of Applicant |
|---|---|
| April 23, 2024 | S/ Samantha F. Lawrence |

Page -2-

# *United States District Court*
# *Western District of Wisconsin*



# Certificate of Good Standing

I certify that Samantha Fay Lawrence was duly admitted to practice in the United States District Court for the Western District of Wisconsin on June 15, 2022 and is in good standing in this court.

Dated this 7th day of March, 2024.

Joel Turner, Clerk of Court

By _____
Deputy Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK

110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Samuel A. Christensen
Clerk

## *CERTIFICATE OF GOOD STANDING*

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

SAMANTHA LAWRENCE

was admitted to practice as an attorney within this state on June 1, 2022 and is presently in good standing in this court.

Dated: March 12, 2024

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing