IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THE SATANIC TEMPLE,

    Plaintiff,

v.                                                             No. 24-2178

SHELBY COUNTY BOARD OF EDUCATION,

    Defendant.

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

    Before the Court is a motion for Patrick C. Elliott of Freedom From Religion Foundation to appear on behalf of the plaintiff filed on April 23, 2024. (ECF No. 12).  After considering the motion and attached documents, the Court finds that it meets all the requirements of LR 83.4(d).  The motion is thus GRANTED.   Patrick C. Elliott is admitted pro hac vice to appear on behalf of the plaintiff in the above-captioned matter.

    IT IS SO ORDERED, this 30th day of April, 2024.

                                                          /s/Mark S. Norris_____
                                                          MARK S. NORRIS
                                                          UNITED STATES DISTRICT COURT JUDGE