IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.**, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Civil Action No. 2:24-cv-02178-MSN-cgc |
| **SHELBY COUNTY BOARD OF EDUCATION**, | ) ) ) ) |
| *Defendant*. | ) ) |

**DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6, Defendant Shelby County Board of Education ("School Board") moves the Court for an Order extending the time for the School Board to respond to Plaintiff's Complaint served on March 26, 2024. The School Board's response is currently due May 31, 2024. [DE 17]. The parties are actively communicating regarding this case, and they believe this matter may be resolved. The School Board recently hired a new General Counsel, Mr. Justin Bailey, who just started work on Tuesday, May 28, 2024. Mr. Bailey is familiarizing himself with this matter. For these reasons, the School Board respectfully requests an additional extension of time to respond to Plaintiff's Complaint. Pursuant to Local Rule 7.2(a)(1)(B), counsel for Defendant consulted with Plaintiff's counsel, and Plaintiff agrees to an additional extension of the response deadline to Friday, June 14, 2024.

                                        Respectfully submitted,

                                        s/ Jamie L. Morton
                                        JAMIE L. MORTON (#031243)
                                        Shelby County Board of Education

 160 S. Hollywood St., Room 218
 Memphis, Tennessee 38112
 901.416.6370
 hortono@scsk12.org
 mortonj2@scsk12.org

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 7.2(a)(1)(B), counsel for Defendant certifies that they consulted with Plaintiff's counsel by email on May 30, 2024 and confirmed that Plaintiff is in agreement with the action requested by this Motion.

/s/Jamie L. Morton
Jamie L. Morton

**CERTIFICATE OF SERVICE**

    This certifies that a copy of the foregoing served on counsel of record via the Court's electronic filing system.

/s/Jamie L. Morton
Jamie L. Morton