IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.**, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Civil Action No. 2:24-cv-02178-MSN-cgc |
| **SHELBY COUNTY BOARD OF EDUCATION**, | ) ) ) ) |
| *Defendant*. | ) ) |

**DEFENDANT'S FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6, Defendant Shelby County Board of Education ("School Board") moves the Court for an Order extending the time for the School Board to respond to Plaintiff's Complaint served on March 26, 2024. The School Board's response is currently due June 14, 2024. [DE 19]. The parties are confident this matter will be resolved but need additional time to finalize resolution. For these reasons, the School Board respectfully requests an additional extension of time to respond to Plaintiff's Complaint. Pursuant to Local Rule 7.2(a)(1)(B), counsel for Defendant consulted with Plaintiff's counsel, and Plaintiff agrees to an additional extension of the response deadline to Friday, July 5, 2024.

Respectfully submitted,

s/ Jamie L. Morton
JAMIE L. MORTON (#031243)
Shelby County Board of Education
160 S. Hollywood St., Room 218
Memphis, Tennessee 38112
901.416.6370
mortonj2@scsk12.org

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 7.2(a)(1)(B), counsel for Defendant certifies that they consulted with Plaintiff's counsel by email on June 14, 2024 and confirmed that Plaintiff is in agreement with the action requested by this Motion.

/s/Jamie L. Morton
Jamie L. Morton

## CERTIFICATE OF SERVICE

      This certifies that a copy of the foregoing served on counsel of record via the Court's electronic filing system.

                                                /s/Jamie L. Morton
                                                Jamie L. Morton