IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SHELBY COUNTY<br>BOARD OF EDUCATION,<br><br>*Defendant.* | CIVIL ACTION NO.:<br>2:24-cv-02178-MSN-cgc |

## NOTICE OF SETTLEMENT

Notice is hereby given pursuant to Local Rule 83.13(a) that the parties, The Satanic Temple and Shelby County Board of Education, have reached a settlement. The parties anticipate finalizing the settlement and filing a voluntary motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) within 14 days.

Respectfully Submitted,

Date: July 3, 2024

/s/ *Scott Kramer*
Scott Kramer
(BPR #19462)
The Kramer Law Center
P.O. Box 240461
Memphis, TN 38124
901-896-8933
thekramerlawcenter@gmail.com

Patrick C. Elliott*
Samantha F. Lawrence*
Freedom From Religion Foundation, Inc.
10 N. Henry St.

1

                                                  Madison, WI 53703
                                                  608-256-8900
                                                  pelliott@ffrf.org
                                                  slawrence@ffrf.org

                                                  *Attorneys for Plaintiff*

                                                  * Pro hac vice

## CERTIFICATE OF SERVICE

The foregoing Notice of Settlement was served upon counsel for all parties via the Court's electronic filing system.

Date: July 3, 2024                                                     */s/ Scott Kramer*
                                                                Scott Kramer
                                                                (BPR #19462)
                                                                The Kramer Law Center
                                                                P.O. Box 240461
                                                                Memphis, TN 38124
                                                                901-896-8933
                                                                thekramerlawcenter@gmail.com

                                                                Patrick C. Elliott*
                                                                Samantha F. Lawrence*
                                                                Freedom From Religion Foundation, Inc.
                                                                10 N. Henry St.
                                                                Madison, WI 53703
                                                                608-256-8900
                                                                pelliott@ffrf.org
                                                                slawrence@ffrf.org

                                                                *Pro hac vice