# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., *Plaintiff,* <br><br> v. <br><br> SHELBY COUNTY BOARD OF EDUCATION, *Defendant.* | CIVIL ACTION NO.: 2:24-cv-02178-MSN-cgc |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff hereby dismisses this action with prejudice.

Respectfully Submitted,

Date: July 18, 2024

/s/ Scott Kramer
Scott Kramer
(BPR #19462)
The Kramer Law Center
P.O. Box 240461
Memphis, TN 38124
901-896-8933
thekramerlawcenter@gmail.com

Patrick C. Elliott*
Samantha F. Lawrence*
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900
pelliott@ffrf.org
slawrence@ffrf.org

1

*Pro hac vice

## CERTIFICATE OF SERVICE

The foregoing Notice of Voluntary Dismissal was served upon counsel for all parties via the Court's electronic filing system.

Date: July 18, 2024

/s/ Scott Kramer
Scott Kramer
(BPR #19462)
The Kramer Law Center
P.O. Box 240461
Memphis, TN 38124
901-896-8933
thekramerlawcenter@gmail.com

Patrick C. Elliott*
Samantha F. Lawrence*
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900
pelliott@ffrf.org
slawrence@ffrf.org

*Pro hac vice