IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THE SATANIC TEMPLE, INC.,

    Plaintiff,

v.                                          Case No. 2:24-cv-2178-MSN-cgc

SHELBY COUNTY BOARD OF EDUCATION,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed March 19, 2024.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 23), July 18, 2024, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

July 22, 2024
Date